UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and INTERSCOPE RECORDS, a California general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ROMAN ANTHONY-TAYLOR GENTRY,<br><br>Defendant. | **DEFAULT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Case No.: 2:07-CV-795 |

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

.Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

1.  Defendant shall pay Plaintiffs' costs of suit herein in the amount of Five Hundred Fifty Dollars ($550.00).

2.  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

· "Adam's song," on album "Enema of the State," by artist "Blink-182" (SR# 279-826);
· "Roni," on album "Don't Be Cruel," by artist "Bobby Brown" (SR# 93-332);
· "Never Make A Promise," on album "Dru Hill," by artist "Dru Hill" (SR# 227-760);
· "Missing You," on album "Share My World," by artist "Mary J. Blige" (SR# 238-818);
· "Where I Come From," on album "When Somebody Loves You," by artist "Alan Jackson" (SR# 289-367);
· "Caramel," on album "City High," by artist "City High" (SR# 297-264);
· "Get Your Freak On," on album "Miss E…So Addictive," by artist "Missy Elliott" (SR# 297-686);
· "Uh Huh," on album "B2K," by artist "B2K" (SR# 308-430);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated at Milwaukee, Wisconsin, this 4th day of January, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge